| | | |
|---|---|---|
| MAURY GREENSTEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:13-CV-539 |
| v. | ) | (MATTICE/GUYTON) |
| | ) | |
| MOUNTAIN LAUREL CHALETS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion for Withdrawal as Counsel [Doc. 19], filed by Attorney W. Tyler Chastain. Attorney Chastain submits that the persons and entities he currently represents – RSC Properties GP, the Ralph and Dorothy Egli Trust, and Ralph Egli, individually – have retained substitute counsel, who have filed notices of appearance in this case. The principals of these entities have indicated their consent to Mr. Chastain's withdrawal in writing. [See Doc. 19-1]. Attorney Chastain has certified that the Motion to Withdraw complies with Local Rule 83.4.

Because the continuity of counsel is insured and RSC Properties GP, the Ralph and Dorothy Egli Trust, and Ralph Egli, individually, have consented to the proposed withdrawal, the Court finds that the Motion for Withdrawal complies with Local Rule 83.4 and is well-taken.

Accordingly, the Motion to Withdraw as Counsel **[Doc. 19]** is **GRANTED**. Attorney W.

Tyler Chastain is **RELIEVED** of his duties as counsel in this case.

**IT IS SO ORDERED**.

ENTER:

      s/ H. Bruce Guyton
United States Magistrate Judge